FILED
OCT - 2 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 08-MJ-239-GSA |
| ) | ~~CR-F-08-00266 OWW~~ |
| Plaintiff, ) | |
| ) | |
| v. ) | SEALING ORDER |
| ) | |
| STEVEN BUTTS ) | |
| KAREN FREYLING ) | |
| STEVEN LOBUE ) | |
| RAYMOND MOTT ) | |
| EARL RIEDEL, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The United States of America, having applied to this Court, for an Order sealing the criminal complaint and supporting affidavit in this case, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Criminal Complaint shall be filed with the Court under seal and shall not be disclosed pending further order of this court.

DATED: 10/2/08

_____
~~Sandra M. Snyder~~
United States Magistrate Judge
Gary S. Austin

2