IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,     )   CR. F. 08-00384 OWW
                              )
          Plaintiff,          )   ORDER ON STIPULATION TO ADVANCE
                              )   MOTIONS HEARING AND TRIAL
     v.                       )   CONFIRMATION DATE
                              )
KAREN JEAN FREYLING, et al.,  )   Date:    December 2, 2009
                              )   Time:    12:00 p.m.
                              )   Place:   Courtroom Three
          Defendants.         )   Hon:     Oliver W. Wanger
                              )
```

**ORDER**

    It is hereby ordered that the hearing for motions in limine and the trial confirmation date be advanced to Wednesday, December 2, 2009, at 12:00 p.m. as agreed upon by all counsel in the stipulation filed by the government.

    IT IS SO ORDERED.

Date: October 28, 200                /s/OLIVER W. WANGER
                                     United States District Judge

1