```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MELODY M. WALCOTT, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  KAREN FREYLING
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:08-cr-00384 OWW |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE FILING OF FORMAL |
| | ) OBJECTIONS TO PRESENTENCE INVESTIGATION |
| v. | ) REPORT AND SENTENCING HEARING DATE, |
| | ) AND TO SET RESTITUTION HEARING; |
| KAREN FREYLING, et. al., | ) ORDER |
| | ) |
| Defendants. | ) Date: May 17, 2010 |
| | ) Time: 2:00 P.M. |
| | ) Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that (1) with respect to Defendant's Karen Jean Freyling and Steven Walter Butts, any and all formal objections to the Presentence Investigation Reports in the above-referenced matter shall be filed on or before May 3, 2010, and any and all sentencing memos should be filed by May 5, 2010; and (2) **that the sentencing hearings for Defendants Karen Jean Freyling and Steven Walter Butts, now set for April 19, 2010, may be continued to May 17, 2010, at 2:00 P.M.  Further, the restitution hearing as to all defendants may be set for May 17, 2010 at 2:00 P.M.**

This continuance is requested to allow additional time for defense preparation prior to hearing.

///

///

///

1  The requested continuance will conserve time and resources for both counsel and the court.

2

3                                                        BENJAMIN B. WAGNER
                                                         United States Attorney
4
                                                          /s/  David L. Gappa
5  DATED: April 6, 2010                                  DAVID L. GAPPA

6                                                         /s/  Matthew D. Segal
                                                         MATTHEW D. SEGAL
7                                                        Assistant U.S. Attorneys
                                                         Attorneys for Plaintiff
8

9                                                        DANIEL J. BRODERICK
                                                         Federal Defender
10
   DATED: April 6, 2010                                  /s/ Melody M. Walcott
11                                                       MELODY M. WALCOTT
                                                         Assistant Federal Defender
12                                                       Attorney for Defendant Karen Jean Freyling

13 DATED:  April 6, 2010                                  /s/  Eric K. Fogderude
                                                         ERIC K. FOGDERUDE
14                                                       Attorney for Defendant Steven Walter Butts

15 DATED:  April 6, 2010                                  /s/  Daniel L. Harralson
                                                         DANIEL L. HARRALSON
16                                                       Attorney for Defendant Steven Alan LoBue

17 DATED:  April 6, 2010                                  /s/  Mark W. Coleman
                                                         MARK W. COLEMAN
18                                                       Attorney for Defendant Raymond Paul Mott

19 DATED:  April 6, 2010                                  /s/  Dale A. Blickenstaff
                                                         DALE A. BLICKENSTAFF
20                                                       Attorney for Defendant Earl Edward Riedel

21

22                                    **O R D E R**

23     IT IS SO ORDERED.

24 **Dated:    April 7, 2010**              **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE
25

26

27

28

Stipulation to Continue Filing of Formal Objections to
Presentence Investigation Reports and Sentencing Hearing
Date, and to Set Restitution Hearing; ORDER           -2-