BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
MATTHEW D. SEGAL
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

UNITED STATES OF AMERICA,  )  01: 08-Cr-00384 OWW
                           )
          Plaintiff,       )  ORDER ON STIPULATION REGARDING
                           )  RESTITUTION OWED BY DEFENDANT
     v.                    )  STEVEN BUTTS
                           )
STEVEN BUTTS,              )
                           )
          Defendant.       )
                           )

**ORDER**

The court has reviewed and considered the agreement of the parties regarding restitution.  The order of restitution to the California Employment Development Department for $15,300 remains in place.  In addition, defendant BUTTS is ordered to pay restitution as follows, and as directed by the United States Probation Office:

   a.) $125,000.00 to copyright holders in a proportion
       determined by the Motion Picture Association of
       America based upon their analysis of the sales

1

|     |     |
| --- | --- |
| 1   | history and inventory for the defendant's |
| 2   | business(es); |
| 3   | b.) $2135.00 to the Motion Picture Association of |
| 4   | America for costs of the organization's |
| 5   | investigation of the defendant's sale of infringing |
| 6   | goods; |
| 7   | c.) $32,600 for customers (including |
| 8   | supplier Uline) of the DVD distribution |
| 9   | business(es) operated by the defendant. |
| 10  | d.) To the extent that defendants Raymond Mott, Steven |
| 11  | LoBue, and/or Earl Riedel pay the separate |
| 12  | restitution amounts that each is ordered to pay, |
| 13  | defendant Butts will have his restitution |
| 14  | obligations under paragraphs (b) and (c) reduced in |
| 15  | the same amount.  Similarly, to the extent that |
| 16  | Karen Freyling makes payments on her separate |
| 17  | obligation of $125,000.00 in restitution to |
| 18  | copyright holders, defendant Butts will have his |
| 19  | restitution obligation reduced in the same amount. |

IT IS SO ORDERED.

**Dated:   October 8, 2010**              /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE